WEIDMAN v. SIBLEY et al. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by William Weidman against Rufus A. Sibley and others. No opinion.

Motion for reargument denied, with $10 costs and disbursements. ADAMS, J., dissenting. See 44 N. Y. Supp. 1057.